CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS
TO FINANCIAL RECORDS IN THE UNITED STATES
DISTRICT COURT

FOR THE __Southern__ DISTRICT OF __Georgia__
(Name of District)                (State In Which Court Is Located)

FILED U.S. DISTRICT COURT
2023 AUG 23 A 10:58
CLERK
SO. DIST. OF GA.

__Scott C. Baker__                )   Miscellaneous No.
(Your Name)                        )   (Will be filled in by
                                   )   Court Clerk)      MC123-0020
                                   )
              Movant               )
                                   )   MOTION FOR ORDER PURSUANT
       V.                          )   TO CUSTOMER CHALLENGE
                                   )   PROVISIONS OF THE RIGHT TO
Department of Defense              )   FINANCIAL PRIVACY ACT
                                   )   OF 1978.
              Respondent           )

__Scott C. Baker_____ hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking access is the Department of Defense.

My financial records are held by __JP Morgan Chase_____.
                                    (Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

__Scott C. Baker_____
(Your Signature)

__5443 Everlook Cir. Evans GA 30809__
(Your Address)

__706 589 4301__
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE
IN THE UNITED STATES DISTRICT COURT

FOR THE **Southern** DISTRICT OF **Georgia**
(Name of District) (State In Which Court Is Located)

**Scott C. Baker**  ) Miscellaneous No. _____
(Customer's Name) ) (Will be filled in by Court Clerk)
 )
 Moveant )
 )
 ) SWORN STATEMENT OF MOVEANT
 V. )
 )
Department of Defense ) FINANCIAL PRIVACY ACT OF 1978
 )
 Respondent )

I, **Scott C. Baker**, (am presently / was previously) a customer of
(Customer's Name) (Show One)

**JP Morgan Chase**, and I am the customer whose records are
(Name of Financial Institution)

being requested by the Government.

The financial records sought by the Department of Defense are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because **the time period of September 2021 to now is overly broad**, or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that _____

or should not be disclosed on the following other legal basis: _____

I declare under penalty of perjury that the foregoing is true and correct.

**August** **23**, **2023**          **Scott C. Baker**
(Month) (Day) (Year)          (Customer's Signature)

Right to Financial Privacy Act, Title 12 United States Code, Section 3410

## United States of America
## Department of Defense
## Office of the Inspector General

### SUBPOENA DUCES TECUM

TO: <u>Custodian of Records, JP Morgan Chase NA, ATTN: National Subpoena Processing Center, 700 Kansas Lane RCO Centralized Mail, Mail Code: LA4-7300, Monroe, Louisiana 71203-4774</u> YOU ARE HEREBY COMMANDED TO APPEAR BEFORE <u>Special Agent Scott C. Conroy, or any Special Agent of the Department of the Army Criminal Investigation Division (CID)</u> acting on behalf of the Inspector General, pursuant to the Inspector General Act of 1978 (5 U.S.C. § 406(a)(4)), at <u>CID, Southeast Field Office, 954 William H. Wilson Avenue, Fort Stewart, Georgia 31314</u> no later than <u>10</u> o'clock <u>a.m.</u> on the <u>31st</u> day after receipt of the subpoena by the above named recipient.

You are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence pertaining to <u>any and all JP Morgan Chase account(s), held solely or jointly by Scott Charles Baker, Social Security Number: XXX-XX-8003, a member of the United States Armed Forces, who is suspected of violating one or more punitive Articles of the Uniform Code of Military Justice, for the period September 1, 2021 through the date of this subpoena, as specified in Appendix A,</u> which are necessary in the performance of the responsibility of the Inspector General under the Inspector General Act.

**IN TESTIMONY WHEREOF**, the signature of the duly authorized representative of the Inspector General of the Department of Defense is affixed at Alexandria, Virginia.

COLEMAN.LORI.T.1080052088
Digitally signed by COLEMAN.LORI.T.1080052088
Date: 2023.08.08 13:04:54 -04'00'

Lori T. Coleman
Associate General Counsel, Office of General Counsel

UNIQUE IDENTIFICATION NUMBER: 20231063-32664